CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EASTWIND MARITIME INC.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)



**08 CV 00534**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EASTWIND MARITIME INC.,

               Plaintiff,

    v.

TETHYS TRADING,

               Defendant.
------------------------------------------------------------X

08 CV _____ (___)

**STATEMENT PURSUANT TO RULE 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, EASTWIND MARITIME INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       January 22, 2008

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Plaintiff

           By: _____
                 Owen F. Duffy (OD-3144)
                 George E. Murray (GM-4172)
                 366 Main Street
                 Port Washington, New York 11050
                 Tel:  (516) 767-3600
                 Fax: (516) 767-3605
                 ofd@codus-law.com
                 gmurray@codus-law.com