## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

George E. Murray, being duly sworn, deposes and says:

1. That he is an employee at **CHALOS, O'CONNOR & DUFFY,** attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in New York, New York.

3. That February 8, 2008 he served, by overnight express mail, the within:

**Initial Conference Order dated February 5, 2008**

Upon:

Tethys Trading
Rue du Lac Leman
Residence Les Bosquets
1er etage
Appt. No. 2
Les Berges du Lac
2046
Tunis, Tunisia
Tel: 514.9.029.398-5
Defendant

by delivering a true copy of the same securely in a postpaid wrapper for overnight delivery to a DHL employee at Port Washington, New York, New York 11050, directed to the above-mentioned party at its respective address above, the place where they keep an office.

_____
George E. Murray

Sworn to before me this
8th Day of February, 2008

_____
NOTARY PUBLIC

TIMOTHY SEMENORO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SE6112804
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES JULY 12, 2008